MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
KEITH PHILLIPS, Deputy City Attorney
California State Bar No. 190664
CATHERINE A. RICHARDSON, Deputy City Attorney
California State Bar No. 137757
    Office of the City Attorney
      1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856

Attorneys for Defendants
MICHAEL LAMBERT and
MAURA MEKENAS-PARGA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KEVIN BROWN by its successor in interest Rebecca Brown, and Rebecca Brown, and individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN DIEGO a municipal corporation, MICHAEL LAMBERT, an individual, SANDRA OPLINGER, an individual, and DOES 1-50, <br><br> Defendants. | Case No. 15cv01583 DMS (WVG) <br><br> **NOTICE OF APPEAL** <br><br><br> Judge:      Hon. Dana M. Sabraw <br> Courtroom: 13A <br> Complt Filed:  July 16, 2015 |

Notice is hereby given that MICHAEL LAMBERT and MAURA

MEKENAS-PARGAKRISTOPHER (Defendants) in the above-named case,

hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

Second Amended Order (1) Granting in Part and Denying in Part Defendants'

Motion for Summary Judgment and (2) Granting in Part and Denying in Part

Plaintiffs' Motion For Partial Summary Judgment [Doc. No. 92] entered in this

action on June 27, 2017.

/ / /

/ / /

/ / /

Defendants are appealing the District Court's denial of qualified immunity on the First, Second, Third, Fifth and Sixth Causes of Action, and the District Court's grant of Partial Summary Judgment in favor of Plaintiffs on liability as to the Third Cause of Action.

Dated:  June 28, 2017                    MARA W. ELLIOTT, City Attorney


                                        By   *s/Catherine A. Richardson*
                                             Catherine A. Richardson
                                             Deputy City Attorney

                                             Attorneys for Defendants
                                             MICHAEL LAMBERT and
                                             MAURA MEKENAS-PARGA
                                             E-mail: crichardson@sandiego.gov