FILED
FEB 14 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KEVIN BROWN by its successor in interest Rebecca Brown, and Rebecca Brown, and individual,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL LAMBERT, an individual, MAURA MEKENAS-PARGA, an individual,<br><br>    Defendants. | Case No. 15cv01583 DMS (WVG)<br><br>**SPECIAL VERDICT FORM FOR MAURA MEKENAS-PARGA**<br><br>Judge:    Hon. Dana M. Sabraw<br>Courtroom: 13A<br>Complt Filed: July 16, 2015 |

1. Did Maura Mekenas-Parga's seizure of property outside the scope of the warrant cause injury to Rebecca Brown?

   Answer: Yes __X__  No _____

   If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please proceed to Question 3.

2. Please state the amount that will fairly compensate Rebecca Brown for any injury she sustained as a result of Maura Mekenas-Parga's conduct.

   $ __1.00__

Proceed to Question 4.

3. Please enter a nominal damage amount not to exceed $1.00.

   $ _____

   Proceed to Question 4.

4. Did Maura Mekenas-Parga's seizure of property outside the scope of the warrant cause injury to Kevin Brown?

   Answer: Yes __X__ No _____

   If you answered "Yes" to Question 4, please proceed to Question 5. If you answered "No" to Question 4, please proceed to Question 6.

5. Please state the amount that will fairly compensate Kevin Brown for any injury he actually sustained as a result of Maura Mekenas-Parga's conduct.

   $ __1.00__

   Proceed to Question 7.

6. Please enter a nominal damage amount not to exceed $1.00.

   $ _____

   Proceed to Question 7.

**Please have your foreperson sign and date the form.**

DATED: __02-14__, 2020          _____/s/_____
                                      FOREPERSON

2

15cv01583 DMS (WVG)