FILED
FEB 14 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KEVIN BROWN by its successor in interest Rebecca Brown, and Rebecca Brown, and individual,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LAMBERT, an individual, MAURA MEKENAS-PARGA, an individual,<br><br>Defendants. | Case No. 15cv01583 DMS (WVG)<br><br>**SPECIAL VERDICT FORM FOR MICHAEL LAMBERT**<br><br>Judge:  Hon. Dana M. Sabraw<br>Courtroom: 13A<br>Complt Filed: July 16, 2015 |

1. Did Michael Lambert submit to a judge a warrant affidavit that contained one or more misrepresentations or omissions?

   Answer: Yes  X   No _____

   If you answered "Yes'" to Question 1, proceed to Question 2. If you answered "No" to Question 1, please proceed to Question 6.

2. Were the misrepresentations or omissions material to the finding of probable cause?

   Answer: Yes  X   No _____

If you answered "Yes'" to Question 2, proceed to Question 3. If you answered "No" to Question 2, please proceed to Question 6.

3. Did Michael Lambert make those misrepresentations or omissions either intentionally or with reckless disregard for the truth?

   Answer: Yes $\underline{X}$  No $\underline{\phantom{X}}$

   If you answered "Yes'" to Question 3, proceed to Question 4. If you answered "No" to Question 3, please proceed to Question 6.

4. Did Michael Lambert's misrepresentations or omissions cause injury to Rebecca Brown?

   Answer: Yes $\underline{X}$  No $\underline{\phantom{X}}$

   Please proceed to Question 5.

5. Did Michael Lambert's misrepresentations or omissions cause injury to Kevin Brown?

   Answer: Yes $\underline{X}$  No $\underline{\phantom{X}}$

   Please proceed to Question 6.

6. Did the seizure of address books, diaries and/or journals cause injury to Rebecca Brown?

   Answer: Yes $\underline{\phantom{X}}$  No $\underline{X}$

   Please proceed to Question 7.

7. Did the seizure of address books, diaries and/or journals cause injury to Kevin Brown?

   Answer: Yes $\underline{\phantom{X}}$  No $\underline{X}$

   Please proceed to Question 8.

8. Did Michael Lambert's seizure of property outside the scope of the warrant cause injury to Rebecca Brown?

Answer: Yes __X__ No _____

Please proceed to Question 9.

9. Did Michael Lambert's seizure of property outside the scope of the warrant cause injury to Kevin Brown?

   Answer: Yes __X__ No _____

   Please proceed to Question 10.

10. If you answered "Yes" to one or more of Questions 4, 6, or 8, please state the amount that will fairly compensate Rebecca Brown for any injury she sustained as a result of Michael Lambert's conduct.

    If you answered "No" to all Questions 4, 6, and 8, please enter an amount not to exceed $1.00 and proceed to question 11.

    $ __250,000 ⁰⁰__

    Please proceed to Question 11.

11. If you answered "Yes" to one or more of Questions 5, 7, or 9, please state the amount that will fairly compensate Kevin Brown for any injury he sustained as a result of Michael Lambert's conduct.

    If you answered "No" to all of Questions 5, 7, and 9, please enter an amount not to exceed $1.00.

    $ __2,750,000 ⁰⁰__

    Please proceed to Question 12.

12. Did Michael Lambert act with deliberate indifference toward Plaintiff Rebecca Brown?

    Answer: Yes __X__ No _____

    If you answered "Yes" to Question 12, please proceed to Question 13. If you answered "No" to Question 12, please proceed to Question 15.

13. Did Michael Lambert's deliberate indifference cause the loss to Rebecca Brown of the society and companionship of Kevin Brown?

    Answer: Yes  X   No _____

    If you answered "Yes" to Question 13, please proceed to Question 14. If you answered "No" to Question 13, please proceed to Question 15.

14. Please state the amount that will fairly compensate Rebecca Brown for the loss of care, society and companionship of Kevin Brown.

    $ 3,000,000 ⁰⁰

    Proceed to Question 15.

    If you answered "Yes" to Questions 4, 5, 6, 7, 8, 9, 12 or 13, please answer Questions 15 and/or 16.

15. Do you find that Defendant Lambert acted with malice, oppression or in reckless disregard of the constitutional rights of Plaintiff The Estate of Kevin Brown?

    Yes _____      X      No _____

16. Do you find that Defendant Lambert acted with malice, oppression or in reckless disregard of the constitutional rights of Plaintiff Rebecca Brown?

    Yes _____      X      No _____

*Please sign, date and return this verdict form.*

**Please have your foreperson sign and date the form.**

DATED: 2-14 , 2020          _____
                                  FOREPERSON