**FILED**
FEB 1 8 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Dana M. Sabraw)

THE ESTATE OF KEVIN BROWN, by and through its successor in interest Rebecca Brown, and REBECCA BROWN,

    Plaintiffs,

v.

MICHAEL LAMBERT,

    Defendant.

CASE NO. 15-CV-1583-DMS-WVG

**SPECIAL VERDICT FORM FOR PUNITIVE DAMAGES**

We the jury in the above entitled matter, on the issue of punitive damages, find as follows:

What amount of punitive damages, if any, do you award against Defendant Michael Lambert and in favor of Plaintiffs Rebecca Brown and the Estate of Kevin Brown?

Rebecca Brown: $ 10,000

Estate of Kevin Brown: $ 40,000

Please have your foreperson sign and date the form.

DATED: 02-18, 2020   _____
                                FOREPERSON