# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF KEVIN BROWN by its successor in interest Rebecca Brown, and REBECCA BROWN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LAMBERT, an individual, and MAURA MEKENAS-PARGA, an individual,<br><br>Defendants. | CASE NO. 15-CV-1583-DMS-WVG<br><br>**JUDGMENT IN A CIVIL ACTION** |

A jury tried this action, with the Honorable Dana M. Sabraw presiding, and the jury rendered its verdict.

WHEREFORE, IT IS ORDERED that Plaintiffs Estate of Kevin Brown and Rebecca Brown shall have judgment against Defendants Michael Lambert and Maura Mekenas-Parga as follows:

Plaintiff Estate of Kevin Brown, by and through its successor-in-interest, Rebecca Brown, shall recover from defendant Maura Mekenas-Parga the amount of $1.00 with post-judgment interest at the rate of 1.21%, along with costs and attorney's fees in an amount to be determined by further order of the Court.

Plaintiff Rebecca Brown shall recover from defendant Maura Mekenas-Parga the amount of $1.00 with post-judgment interest at the rate of 1.21%, along

with costs and attorney's fees in an amount to be determined by further order of the Court.

Plaintiff Estate of Kevin Brown, by and through its successor-in-interest, Rebecca Brown, shall recover from defendant Michael Lambert compensatory damages in the amount of $2,750,000 with post-judgment interest at the rate of 1.21%, along with costs and attorney's fees in an amount to be determined by further order of the Court.

Plaintiff Estate of Kevin Brown, by and through its successor-in-interest, Rebecca Brown, shall recover from defendant Michael Lambert punitive damages in the amount of $40,000 with post-judgment interest at the rate of 1.21%.

Plaintiff Rebecca Brown shall recover from defendant Michael Lambert compensatory damages in the amount of $3,250,000 with post-judgment interest at the rate of 1.21%, along with costs and attorney's fees in an amount to be determined by further order of the Court.

Plaintiff Rebecca Brown shall recover from defendant Michael Lambert punitive damages in the amount of $10,000 with post-judgment interest at the rate of 1.21%.

It is HEREBY ORDERED that this Judgment be entered.

Dated: March 4, 2020

Hon. Dana M. Sabraw
United States District Judge