UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF KEVIN BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL LAMBERT, *et al.*, <br><br> Defendants. | Case No.: 15-CV-1583-DMS-WVG <br><br> **ORDER ON DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL** |

On Friday, June 26, 2020, Defendants filed a Motion to File Documents Under Seal (Doc. No. 251) in connection with their Response to Plaintiffs' Supplemental Briefing (Doc. No. 250), pursuant to the Court's June 23, 2020 Order Following Video Discovery Conference (Doc. No. 247). Having reviewed and considered Defendants' Motion to Seal, the Court hereby GRANTS Defendants' Motion. The Court ORDERS Defendants to provide a courtesy copy of the sealed document (Doc. No. 252)

/ / /

/ / /

/ / /

/ / /

to this Court's Chambers **no later than 2:00 p.m. on Wednesday, July 1, 2020**.

     **IT IS SO ORDERED.**

Dated: June 30, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge