## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BROWN, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>MICHAEL LAMBERT,<br><br>           Defendant. | Case No.: 15-cv-1583-DMS (WVG)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES** |

Plaintiffs' motion for attorneys fees and costs and motion for supplemental attorneys fees are currently pending before this Court.  In light of Defendants' appeal of this case, the Court denies Plaintiffs' motions without prejudice.  If necessary, Plaintiffs may renew their motions upon completion of the appellate process.

**IT IS SO ORDERED**.

Dated:  October 6, 2020

Hon. Dana M. Sabraw
United States District Judge