FILED

MAY 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTATE OF KEVIN BROWN, by its successor in interest Rebecca Brown; REBECCA BROWN, successor in interest to the Estate of Kevin Brown,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>MICHAEL LAMBERT, an individual; MAURA J. MEKENAS-PARGA, an individual,<br><br>        Defendants-Appellants. | No.   20-55938<br><br>D.C. No. 3:15-cv-01583-DMS-WVG Southern District of California, San Diego<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 14) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen M. Liacouras
Chief Circuit Mediator

sl/mediation