# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KEVIN BROWN by its successor in interest Rebecca Brown, and Rebecca Brown, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL LAMBERT and MAURA MEKENAS-PARGA,<br><br>　　　　　Defendants. | Case No. 15-cv-1583-DMS-WVG<br><br>**ORDER RELEASING CITY OF SAN DIEGO'S SUPERSEDEAS BOND AND/OR COLLATERAL** |

This case comes before the Court on the parties' Joint Motion to exonerate the bond and release the deposit on file with the District Court.

On April 6, 2020, the City of San Diego posted cash collateral in the amount of $62,500 as security for the punitive damages verdict against Defendant Lambert pursuant to Federal Rule of Civil Procedure 62. The parties represent that this case has been resolved after a jury trial and appeal.

The purpose of a supersedeas bond is to secure the appellees from a loss resulting from a stay of execution. *Pac. Reinsurance Mgmt. Corp. v. Ohio Reinsurance Corp.*, 935 F.2d 1019, 1027 (9th Cir. 1991). "The posting of a bond protects the prevailing [party] from the risk of a later uncollectible judgment and compensates him for delay in the entry of the final judgment." *N.L.R.B. v. Westphal*,

859 F.2d 818, 819 (9th Cir. 1988). "Courts release supersedeas bonds when the bond has served its purpose and no outstanding judgment remains." *Goss In"l Corp. v. Tokyo Kikai Seisakusho, Ltd.*, No. 00-CV-35-LRR, 2006 WL 4757279, at *3 (N.D. Iowa Aug. 9, 2006) (citations omitted). When a bond no longer serves its purpose of insuring payment of the award, it should be released. *Rich v. BAC Home Loans Servicing LP*, No. CV-11-00511-PHX-DLR, 2017 WL 1197005, at *1 (D. Ariz. Mar. 30, 2017).

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Clerk release the amount of $62,500.00, plus interest, from the interest-bearing account in the above-entitled case to:



**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

**IT IS SO ORDERED.**

Dated: May 12, 2025

Hon. Dana M. Sabraw
United States District Judge